CHARLES MUTH, Respondent, *v.* JAN TELENGA, Appellant.

(Argued February 28, 1934; decided March 20, 1934.)

*John Hezekiah Levy, Harris D. Robinson* and *William Trop* for appellant.

*Arthur A. McGivney* for respondent.

Judgments reversed, with costs in all courts, and motion for summary judgment denied on the ground that there is an issue of fact to be disposed of on the trial. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.